UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

THOMAS D. JENSEN,

                Plaintiff

v.

HENLEY, et al.,

                Defendants

Case No.  3:25-cv-00220-MMD-CLB

**ORDER**

On May 2, 2025, the Court ordered Plaintiff Thomas Jensen to either file a complete application to proceed *in forma pauperis* or pay the $405 filing fee in full by July 1, 2025. (ECF No. 3). Plaintiff has now filed a motion stating that he does not qualify to proceed *in forma pauperis* and asking the Court to order the Nevada Department of Corrections ("NDOC") to deduct $402 from his account to pay the filing fee. (ECF No. 4).

The Court notes that the filing fee was raised from $402 to $405 on December 1, 2023. To proceed in this case without filing a complete application to proceed *in forma pauperis*, Plaintiff must pay the full $405 filing fee. The Court will not order NDOC to pay the filing fee, and Plaintiff must make the request with NDOC himself. The Court is aware that it can take time for NDOC to process such requests. Therefore, the Court will extend the deadline for Plaintiff to pay the $405 filing fee, or file a complete application to proceed *in forma pauperis*, until **September 8, 2025**.

It is therefore ordered that Plaintiff has **until September 8, 2025**, to either pay the full $405 filing fee or file a fully complete application to proceed *in forma pauperis*.

DATED: June 9, 2025

_____
UNITED STATES MAGISTRATE JUDGE