UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THOMAS D. JENSEN,<br><br>                     Plaintiff,<br>   v.<br>HENLEY, *et al.*,<br><br>                  Defendants. | Case No. 3:25-cv-00220-MMD-CLB<br><br>ORDER |

     *Pro se* Plaintiff Thomas D. Jensen has filed a motion requesting to withdraw his civil rights complaint because he has submitted the matter to the United States Department of Justice and the Federal Bureau of Investigation to look into federal criminal violations. (ECF No. 7.) Under Federal Rule of Civil Procedure 41(a)(1), a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). Because no answer or motion for summary judgment has been filed, the Court grants Jensen's motion to withdraw his complaint and dismisses this action without prejudice.

     It is therefore ordered that Jensen's motion to withdraw his civil rights complaint (ECF No. 7) is granted.

     It is further ordered that this action is dismissed in its entirety without prejudice.

     The Clerk of Court is directed to enter judgment accordingly.

     DATED THIS 25th Day of August 2025.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE